

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00778-CV

**IN RE MOMENTUM CAPITAL FUNDING, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 10, 2015, relator Momentum Capital Funding, LLC filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-18666, styled *Momentum Capital Funding, LLC v. Keith C. Dill; D & K Energy Services, LLC; and DK Manufacturing, LLC*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.